In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00154-CV
_____

**MARIA REVA WEST PRADO, Appellant**

**V.**

**MARIA DE LOURDES AYALA LEAL, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-12-13925-CV**

**ORDER**

The appellant, Maria Reva West Prado, filed a notice of appeal and a motion for temporary relief from the trial court's final judgment. The appellee, Maria de Lourdes Ayala Leal, filed a response to the motion for temporary relief.

The trial court's judgment directs the District Clerk to disburse 98.16 percent of funds in the trial court's registry by check made payable to Augustina Prado Diaz to be sent by Federal Express to her address in Mexico, orders that the thirty-day

1

waiting period for disbursement of funds from the registry be waived, and orders that the funds be disbursed immediately. The trial court's order does not provide an opportunity to supersede the judgment.

The Court finds that a temporary order is necessary to protect this Court's appellate jurisdiction over the trial court's judgment. *See* Tex. Gov't Code Ann. § 22.221(a) (West Supp. 2018). It is, therefore, ORDERED that enforcement of the trial court's judgment, including sending a check payable to Augustina Prado Diaz by Federal Express to an address in Mexico, is STAYED until our Opinion issues or until further order of this Court. The Court directs the parties to file responses stating their positions regarding whether the trial court's judgment is subject to being superseded by statute or under Rule 24 of the Texas Rules of Appellate Procedure. *See generally* Tex. R. App. P. 24. The responses must be filed with the Court by May 31, 2019.

ORDER ENTERED May 21, 2019.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2